# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SHAMROCK-HOSTMARK ANDOVER HOTELS, LLC, | ) ) | Case No. 12-25883 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, April 10, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Jacqueline P. Cox, or any judge sitting in her stead, in Room 680 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *DEBTOR'S MOTION TO DETERMINE VALUE OF GENERAL ELECTRIC CAPITAL CORPORATION'S SECURED CLAIM*, a copy of which is hereby served upon you.

Dated: April 3, 2013            Respectfully submitted,

                                            **SHAMROCK-HOSTMARK ANDOVER HOTELS, LLC**

                                            By: /s/ *Brian A. Audette*
                                                     PERKINS COIE LLP
                                                     David M. Neff (ARDC # 6190202)
                                                     Brian A. Audette (ARDC # 6277056)
                                                     131 S. Dearborn Street, Suite 1700
                                                     Chicago, Illinois 60603-5559
                                                     Telephone: (312) 324-8400
                                                     Facsimile: (312) 324-9400
                                                     dneff@perkinscoie.com
                                                     baudette@perkinscoie.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SHAMROCK-HOSTMARK ANDOVER HOTELS, LLC, | ) ) | Case No. 12-25883 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**DEBTOR'S MOTION TO DETERMINE VALUE OF GENERAL
ELECTRIC CAPITAL CORPORATION'S SECURED CLAIM**

Shamrock-Hostmark Andover Hotels, LLC ("Debtor"), by its undersigned counsel, hereby moves, pursuant to Federal Rule of Bankruptcy Procedure 3012, for the entry of an order determining the value of General Electric Capital Corporation's secured claim and, in support thereof, states as follows:

1.      On June 27, 2012 (the "Petition Date"), Debtor and four of its affiliates each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").  Debtor's affiliates include: Shamrock-Hostmark Palm Desert Hotels, LLC – Case No. 12-25880 ("S-H Palm Desert"); Shamrock-Hostmark Texas Hotels, LP – Case No. 12-25874 ("S-H Texas"); Shamrock-Hostmark Tampa Westshores Hotel, LLC – Case No. 12-25885 ("S-H Tampa"); and Shamrock-Hostmark Princeton Hotel, LLC – Case No. 12-25860 ("S-H Princeton").  S-H Palm Desert, S-H Texas, S-H Tampa and S-H Princeton shall hereinafter be collectively referred to from time to time as "Affiliated Debtors."

2.      Debtor owns the Wyndham Boston Andover hotel located in Andover, Massachusetts (the "Andover Hotel").  On the Petition Date, Affiliated Debtors also each owned a full-service hotel, which hotels are located throughout the country.  Shamrock-Hostmark Hotel Fund, L.P. owns Debtor and Affiliated Debtors.

84282-0001/LEGAL26254159.1

3. To purchase the Andover Hotel, Debtor obtained a $17,545,000 loan from General Electric Capital Corporation ("Lender") in May, 2007. In connection with the loan, Debtor executed, among other documents, that certain: (a) Loan Agreement dated as of May 1, 2007; (b) Promissory Note in the original principal amount of $17,545,000 dated as of May 1, 2007; (c) Mortgage, Security Agreement and Fixture Filing dated as of May 1, 2007; and (d) Assignment of Rents, Leases and Income dated as of May 1, 2007.

4. In July, 2009, Lender extended the loan's maturity date through May 31, 2012. In connection with that extension, Debtor entered into a Guaranty Agreement, pursuant to which Debtor agreed to guaranty the following loans made by Lender to Affiliated Debtors: (a) a $37,000,000 loan to S-H Tampa; (b) a $15,762,500 loan to S-H Princeton; (c) a $16,900,000 loan to S-H Palm Desert; and (d) a $13,000,000 loan to S-H Texas. In July, 2009, Debtor also executed a Guaranty Deed of Trust, Security Agreement and Fixture Filing, which pledged the Andover Hotel as additional collateral to secure Lender's loans to Affiliated Debtors, and a Cross-Collateralization Agreement, pursuant to which Lender's loans to Debtor and Affiliated Debtors were cross-collateralized and cross-defaulted.[1]

5. On July 23, 2012, Lender filed a secured proof of claim against Debtor in the amount of $16,636,412.76.

6. On September 14, 2012, the Court entered the Agreed Order Authorizing Orderly Transition of Debtor's Assets to General Electric Capital Corporation in the S-H Palm Desert bankruptcy case, which provided for the orderly transfer of substantially all of S-H Palm Desert's assets to Lender on or before October 31, 2012. S-H Palm Desert and Lender mutually

---

[1] Each Affiliated Debtor also guaranteed payment of Debtor's loan and Lender's loans to the other Affiliated Debtors.

agreed to extend the deadline for the transfer to November 15, 2012 and the transaction closed on that date.

7. On December 5, 2012, S-H Palm Desert filed a Motion to Determine Value of General Electric Capital Corporation's Secured Claim. That motion has been continued for status to April 17, 2013 at 10:30 a.m.

8. Debtor and Affiliated Debtors other than S-H Palm Desert intend to file a plan of reorganization shortly. Accordingly, it is necessary for the Court to determine the value of the Andover Hotel and the hotels owned by Affiliated Debtors.

9. Section 506 of the Bankruptcy Code provides, in pertinent part, that:

> (a)(1)  An allowed claim of a creditor secured by a lien on property in which the estate has an interest . . . is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property . . . and is an unsecured claim to the extent that the value of such creditor's interest . . . is less than the amount of such allowed claim . . .

11 U.S.C. § 506(a)(1).

10. Federal Rule of Bankruptcy Procedure 3012 provides that "[t]he court may determine the value of a claim secured by a lien on property in which the estate has an interest on motion of any party in interest and after a hearing on notice to the holder of the secured claim and any other entity as the court may direct." Fed. R. Bankr. P. 3012.

11. Determining the amount of Lender's secured claim is critical to Debtor and Affiliated Debtors because each debtor is collectively liable for Lender's loan to Debtor. Additionally, valuation of Lender's secured claim is necessary in order to determine Lender's treatment under the forthcoming reorganization plan. Absent such a determination, Debtor and Affiliated Debtors' (other than S-H Palm Desert) efforts to reorganize may be impaired and/or delayed because any plan will be dependent upon the Andover Hotel's value and the corresponding amount of Debtor's and Affiliated Debtors' secured and unsecured debt.

Therefore, determining the amount of Lender's secured claim at this time is necessary and appropriate under the circumstances.

WHEREFORE, Debtor respectfully requests the entry of an order determining the amount of Lender's secured claim and granting Debtor such other relief the Court deems just and equitable.

Dated:  April 3, 2013

Respectfully submitted,

**SHAMROCK-HOSTMARK ANDOVER HOTELS,  LLC**

By: /s/ *Brian A. Audette*
PERKINS COIE LLP
David M. Neff (ARDC # 6190202)
Brian A. Audette (ARDC # 6277056)
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone:  (312) 324-8400
Facsimile:  (312) 324-9400
dneff@perkinscoie.com
baudette@perkinscoie.com

## **CERTIFICATE OF SERVICE**

      Brian A. Audette, an attorney, hereby certifies that on April 3, 2013, he caused a copy of *DEBTOR'S MOTION TO DETERMINE VALUE OF GENERAL ELECTRIC CAPITAL CORPORATION'S SECURED CLAIM* to be filed via the Court's ECF system and served via same upon the parties registered to receive ECF notice, and also served on parties requesting notice and debtor's master service list, as indicated on the attached Service List.

                                                         */s/ Brian A. Audette*

84282-0001/LEGAL26254159.1

**SHAMROCK-HOSTMARK ANDOVER HOTELS, LLC**

## MASTER SERVICE LIST

|     |     | ECF Email/<br>Fax Number | Type of Service |
|-----|-----|--------------------------|-----------------|
| 1. | David S. Heller, J. Douglas Bacon<br>Sarah E. Barr, David S. Foster<br>Latham & Watkins LLP<br>233 S. Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>*Attorneys for GECC* | chefiling@lw.com<br>sarah.barr@lw.com<br>david.foster@lw.com<br>david.heller@lw.com, | ECF Notification |
| 2. | Steven B. Towbin<br>Shaw Fishman et al.<br>321 North Clark Street, Suite 800<br>Chicago, IL 60654<br>*Attorney for Hostmark Investors, LLP* | stowbin@shawfishman.com | EFC Notification |
| 3. | Jason M Torf<br>Schiff Hardin LLP<br>233 S Wacker Drive, Ste 6600<br>Chicago, IL 60606<br>*Attorney for Wyndham Hotels and Resorts, LLC* | jtorf@schiffhardin.com,<br>edocket@schiffhardin.com | ECF Notification |
| 4. | Kathryn M. Gleason<br>Office of the United States Trustee<br>219 S. Dearborn Street, Room 873<br>Chicago, IL 60604 | USTPRegion11.ES.ECF@usdoj.gov | ECF Notification and U.S. Mail |
| 5. | Wyndham Hotels and Resorts LLC<br>c/o Forman Holt et al.<br>Attn: Daniel Eliades, David Catuogno<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>*Attorneys for Wyndham Hotels and Resorts, LLC* | 201-845-9112 | U.S. Mail |
| 6. | US Foods, Inc.<br>c/o Jack Neel<br>9399 W. Higgins Road, Ste. 600<br>Rosemont IL 60018 | 847-720-8099 | U.S. Mail |
| 7. | EDWARD DON & COMPANY<br>Attn: John Fahey, Director of Credit<br>9801 Adam Don Pkwy<br>Woodridge, IL 60517 | 708-442-0436 | U.S. Mail |
| 8. | Friendly Fruit, Inc.<br>Dba Sid Wainer & Son<br>2301 Purchase Street<br>New Bedford, MA 02746 | 508-999-6795 | U.S. Mail |
| 9. | GDF Suez Energy Resources NA, INC<br>Attn: Jason Austin,<br>VP & General Counsel<br>1990 Post Oak Boulevard, Suite 1900<br>Houston, TX 77056-3831 | 713-636-1266 | U.S. Mail |
| 10. | Cambridge Packing Company, INC.<br>41 Foodmart Road<br>Boston, MA 02118 | 617-269-9390 | U.S. Mail |

84282-0001/LEGAL26254159.1

|     |                                                                                          | ECF Email/<br>Fax Number | Type of Service |
| --- | ---------------------------------------------------------------------------------------- | ------------------------ | --------------- |
| 11. | HD SUPPLY FACILITIES MAINTENANCE<br>10641 Scripps Summit Court<br>San Diego, CA  92131   | 858-831-2486             | U.S. Mail       |
| 12. | RICHARD N. SMITH, INC.<br>DBA MARK'S SEA FOOD<br>3 PARTRIDGE CIRCLE<br>SALEM, NH 03079   | No Fax available         | U.S. Mail       |
| 13. | GREATER LAWRENCE EDUCATIONAL COLLABORATIVE<br>480 Broadway<br>Methuen, MA 01844          | 978-689-7466             | U.S. Mail       |
| 14. | O.M.S. LLC<br>Outdoor Maintenance Services<br>Attn: Ken Marier<br>21 Mountain View Dr.<br>Goffstown, NH 03045 | No Fax available | U.S. Mail |
| 15. | DONABEDIAN BROS., INC<br>475 South Broadway<br>Salem, NH 03079                           | 603-898-4605             | U.S. Mail       |
| 16. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C<br>PO Box 167<br>Greenville, SC 29602      | 864-235-8806             | U.S. Mail       |
| 17. | GUEST SUPPLY<br>4301 US Hwy. One<br>Monmouth Junction, NJ 08852                          | 609-514-2692             | U.S. Mail       |
| 18. | DRA-COR INDUSTRIES, INC.<br>65 North Main Street<br>Brockton, MA 02301-3906              | 508-580-3702             | U.S. Mail       |
| 19. | GREATER MERRIMACK VALLEY CVB<br>40 French Street 2nd Floor<br>Lowell, MA 01852           | 978-459-4595             | U.S. Mail       |
| 20. | TF KINNEALEY COMPANY INC<br>1100 Pearl Street<br>Brockton, MA 02301                      | 508-584-1527             | U.S. Mail       |
| 21. | UNITED LIQUORS LTD<br>175 Campanelli Dr.<br>Braintree, MA 02184                          | 781-356-4172             | U.S. Mail       |
| 22. | ECOLAB<br>370 N. Wabasha<br>St. Paul, MN 55102                                           | 651-293-2092             | U.S. Mail       |
| 23. | PROGRESSIVE GOURMET<br>330 Ballardvale Street<br>Wilmington, MA 01887                    | 617-389-0697             | U.S. Mail       |
| 24. | BOSTON GOURMET CHEFS INC<br>2 Watson Place<br>Saxonville, MA 01701                       | 508-877-5600             | U.S. Mail       |
| 25. | Walker Restoration Consultants<br>2121 Hudson Street, Suite 201<br>Kalamazoo, MI 49008   | 269-343-5811             | U.S. Mail       |

|     |                                                                                          | **ECF Email/ Fax Number** | **Type of Service** |
| --- | ---------------------------------------------------------------------------------------- | ------------------------- | ------------------- |
| 26. | Baystate Audio Visual<br>150 Lorum Street<br>Tewksbury, MA 01876                         | No Fax available          | U.S. Mail           |
| 27. | Sobel Linen<br>2670 S. Western Avenue<br>Las Vegas, NV 89109-1112                        | 702-735-4957              | U.S. Mail           |
| 28. | Bellmores Transportation<br>Attn: Michael Bellmore<br>1 Corporate Park Drive, Unit 7<br>Derry NH 03038 | 603-421-9931              | U.S. Mail           |
| 29. | Hess Corporation<br>Attn: Joseph A. Dejianne<br>One Hess Plaza<br>Woodbridge NJ 07095    | 732-750-7126              | U.S. Mail           |